1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD KIMBRO,

11              Plaintiff,                    No. 2:12-cv-2154 KJN P

12        vs.

13   MIRANDA, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16              Plaintiff, a state prisoner proceeding without counsel or "pro se," has filed a civil

17   rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma

18   pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which

19   must be completed by plaintiff's institution of incarceration has not been filled out.  Also,

20   plaintiff has not filed a certified copy of his prison trust account statement for the six month

21   period immediately preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).

22   Therefore, plaintiff will be provided the opportunity to submit a completed in forma pauperis

23   application and a certified copy in support of his application.

24   ////

25   ////

26   ////

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's August 17, 2012, motion to proceed in forma pauperis (Dkt. No. 1)

3    is denied without prejudice;

4    2.  Within thirty days from the date of this order, plaintiff shall complete the

5    attached Notice of Submission and submit the following documents to the court:

6    a.  A complete Application to Proceed In Forma Pauperis By a Prisoner;

7    and

8    b.  a certified copy of plaintiff's prison trust account statement for the six

9    month period immediately preceding the filing of the complaint.

10    3.  The Clerk of the Court is directed to send plaintiff a new Application to

11    Proceed In Forma Pauperis By a Prisoner; and

12    4.  Plaintiff's failure to comply with this order may result in the dismissal of this

13    action without prejudice.

14    DATED:  August 23, 2012

15

16    _____

17    KENDALL J. NEWMAN
      UNITED STATES MAGISTRATE JUDGE

18    kimb2154.3c+newjfm

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10  RICHARD KIMBRO,

11              Plaintiff,                        No. 2:12-cv-2154 KJN P

12      vs.

13  MIRANDA, et al.,                             NOTICE OF SUBMISSION

14              Defendants.

15  _____/

16          Plaintiff hereby submits the following document in compliance with the court's

17  order filed _____:

18          _____        Complete Application to Proceed In Forma Pauperis

19                                  By a Prisoner/Certified Copy of Prison Trust Account

20                                  Statement

21  DATED:

22

23                                  _____

24                                  Plaintiff

25

26

3