IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD KIMBRO,

      Plaintiff,                    No. 2:12-cv-2154 KJN P

    vs.

MIRANDA, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed November 1, 2012, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On November 28, 2012, plaintiff submitted the USM-285 forms but only provided one copy of the complaint. Plaintiff is advised that he must provide one copy of the complaint for each defendant, and an additional copy for the United States Marshal. Thus, plaintiff must provide ten copies of the complaint for service of process on defendants.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on August 17, 2012; and

2. Within thirty days, plaintiff shall submit to the court ten copies of the complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: December 6, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

kimb2154.8f

2