IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD KIMBRO,

      Plaintiff,               No. 2: 12-cv-2154 KJN P

   vs.

MIRANDA, et al.,

      Defendants.      <u>ORDER</u>

_____/

      On April 12, 2013, defendant LaJeunesse filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) and (6). Plaintiff has not opposed the motion.

      Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On February 12, 2013, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

      Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

////

1  Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days
2 of the date of this order, plaintiff shall file an opposition, if any, to defendant LaJeunesse's
3 motion to dismiss. Failure to file an opposition will be deemed as a statement of non-opposition
4 and shall result in a recommendation that defendant's motion be granted.
5 DATED: May 22, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

9  kim2154.osc