1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RICHARD KIMBRO,                           No.  2:  12-cv-2154 KJN P

12              Plaintiff,                       ORDER and

13         v.                                    FINDINGS & RECOMMENDATIONS

14    MIRANDA, et al.,

15              Defendants.

16

17         On April 12, 2013, defendant LaJeunesse filed a motion to dismiss pursuant to Federal

18    Rule of Civil Procedure 12(b)(6).  On May 16, 2013, defendants Hougland, Miranda, Clark,

19    McBride and Kelly filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)

20    and 12(b)(6).  On June 19, 2013, plaintiff was granted a thirty day extension of time to file his

21    oppositions to both pending motions.  Plaintiff has not opposed the motions.

22         Local Rule 230(l) provides in part:  "Failure of the responding party to file written

23    opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

24    the granting of the motion . . . ."  On February 2, 2013, plaintiff was advised of the requirements

25    for filing an opposition to a motion to dismiss and that failure to oppose such a motion may be

26    deemed a waiver of opposition to the motion.

27         Accordingly, plaintiff's failure to oppose should be deemed a waiver of opposition to the

28    granting of the motions.

                                           1

1       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district

2  judge to this action; and

3       IT IS HEREBY RECOMMENDED that:

4       1.   Defendant LaJeunesse's motion to dismiss (ECF No. 25) be granted;

5       2.  The motion to dismiss filed on behalf of defendants Hougland, Miranda, Clark,

6          McBride and Kelly (ECF No. 30) be granted.

7       These findings and recommendations are submitted to the United States District Judge

8  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

9  after being served with these findings and recommendations, any party may file written

10  objections with the court and serve a copy on all parties.  Such a document should be captioned

11  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

12  objections shall be filed and served within fourteen days after service of the objections.  The

13  parties are advised that failure to file objections within the specified time may waive the right to

14  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

15  Dated:  July 31, 2013

16

17  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

18  kim2154.dis

19

20

21

22

23

24

25

26

27

28