1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD KIMBRO,                           No.  2:  12-cv-2154 MCE KJN P

12                  Plaintiff,

13          v.                                  ORDER

14   MIRANDA, et al.,

15                  Defendants.

16

17          On July 31, 2013, the undersigned recommended that the motions to dismiss filed by

18   defendants LaJeunesse, Hougland, Miranda, Clark, McBride and Kelly be granted on grounds

19   that plaintiff failed to file oppositions.

20          On August 12, 2013, plaintiff filed objections to the findings and recommendations.

21   Plaintiff claims that he filed oppositions to both pending motions to dismiss.  Plaintiff requests

22   that the court grant him an extension of time to re-file his oppositions if they cannot be located in

23   the court record.

24          The court record does not contain oppositions by plaintiff to the pending motions to

25   dismiss.  On July 29, 2013, plaintiff filed a letter with the court discussing the motion to dismiss

26   filed by defendant LaJeunesse.  However, this letter does not constitute an opposition.

27   ////

28   ////

                                              1

1          Good cause appearing, IT IS HEREBY ORDERED that:

2          1.   The July 31, 2013 findings and recommendations are vacated;

3          2.   Plaintiff is granted thirty days from the date of this order to file his oppositions to the

4               motion to dismiss filed by defendant LaJeunesse and the motion to dismiss filed by

5               defendants Hougland, Miranda, Clark, McBride and Kelly; no further requests for

6               extension of time to file oppositions will be granted.

7    Dated:  August 15, 2013

8

9                                                    _____
                                                     KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE

10   Kim2154.vac

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                  2