UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD KIMBRO,

Plaintiff,

v.

MIRANDA, et al.,

Defendants.

No. 2: 12-cv-2154 MCE KJN P

ORDER

On July 31, 2013, the undersigned recommended that the motions to dismiss filed by defendants LaJeunesse, Hougland, Miranda, Clark, McBride and Kelly be granted on grounds that plaintiff failed to file oppositions.

On August 12, 2013, plaintiff filed objections to the findings and recommendations. Plaintiff claims that he filed oppositions to both pending motions to dismiss. Plaintiff requests that the court grant him an extension of time to re-file his oppositions if they cannot be located in the court record.

The court record does not contain oppositions by plaintiff to the pending motions to dismiss. On July 29, 2013, plaintiff filed a letter with the court discussing the motion to dismiss filed by defendant LaJeunesse. However, this letter does not constitute an opposition.

////

////

Good cause appearing, IT IS HEREBY ORDERED that:

1. The July 31, 2013 findings and recommendations are vacated;

2. Plaintiff is granted thirty days from the date of this order to file his oppositions to the motion to dismiss filed by defendant LaJeunesse and the motion to dismiss filed by defendants Hougland, Miranda, Clark, McBride and Kelly; no further requests for extension of time to file oppositions will be granted.

Dated: August 15, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Kim2154.vac