1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD KIMBRO,                    No.  2:  12-cv-2154 MCE KJN P

12            Plaintiff,

13      v.                              FINDINGS AND RECOMMENDATIONS

14   MIRANDA, et al.,

15            Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  On February 12, 2013, the court ordered the United States Marshal to serve

19   the complaint on defendants.  Process directed to defendant Norman was returned unserved

20   because "resigned, no longer employed at High Desert State Prison."

21          On March 29, 2013, the court granted plaintiff sixty days to provide additional

22   information for service of defendant Norman.  Sixty days passed and plaintiff did not provide

23   further information for service of defendant Norman or otherwise respond to the March 29, 2013

24   order.

25          Accordingly, IT IS HEREBY RECOMMENDED that defendant Norman be dismissed

26   without prejudice.

27          These findings and recommendations are submitted to the United States District Judge

28   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

1

1  after being served with these findings and recommendations, any party may file written

2  objections with the court and serve a copy on all parties.  Such a document should be captioned

3  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

4  objections shall be filed and served within fourteen days after service of the objections.  The

5  parties are advised that failure to file objections within the specified time may waive the right to

6  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

7  Dated:  September 27, 2013

8

9                                                                    KENDALL J. NEWMAN

   kim2154.dis                                             UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28