UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIMBRO, | No. 2: 12-cv-2154 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| MIRANDA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 23, 2013, the magistrate judge filed findings and recommendations herein, ECF No. 64, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

///

1

1. The findings and recommendations, ECF No. 64, are ADOPTED IN FULL;

2. Defendants' motion to dismiss, ECF No. 30, is GRANTED on grounds that Plaintiff's claims alleging that Defendant Miranda failed to return plaintiff for surgery and that Defendant Clark denied Plaintiff medical care and medication on September 9, 2008, are not exhausted.

Dated:  January 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT