UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIMBRO, | No. 2: 12-cv-2154 MCE KJN P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| MIRANDA, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On December 23, 2013, the undersigned issued an order granting defendants' motion to dismiss for failure to state a claim as to two claims:  1) defendants McBride and Kelly allegedly used excessive force; and 2) defendant Clark allegedly failed to give plaintiff his medication on December 23, 2008.  Plaintiff was granted thirty days to file an amended complaint as to these claims.

    On November 14, 2013, Judge England granted defendant LaJeuenesse's motion to dismiss with leave to amend.  The December 23, 2013 order stated that if plaintiff intended to amend his claims against defendant LaJeuenesse, his amended complaint must include those claims as well.

    Thirty days passed after the December 23, 2013 order and plaintiff did not file an amended complaint.  Accordingly, for the reasons stated in the December 23, 2013 order, the

1

1   undersigned recommends dismissal of those claims dismissed with leave to amend.

2   This action will proceed on the following alleged claims:  1) defendant Miranda allowed plaintiff's medication to expire; 2) on September 18, 2008, defendant Clark denied plaintiff his medication; 3) on December 23, 2008, defendants McBride and Kelly made plaintiff go outside in his underwear and shower shoes when there was snow on the ground; 4) on December 23, 2008, defendants Leon and Morris transported plaintiff outside in his underwear and shower shoes after taking over his transport from defendants McBride and Kelly; 5) on December 23, 2008, defendant Hougland applied leg irons so tightly that plaintiff's leg bled; 6) on December 23, 2008, defendants Leon and Morris used excessive force causing plaintiff to suffer back injuries. The December 23, 2013 order stated that if plaintiff failed to file an amended complaint, defendants' response to those claims listed above was due within forty-five days of that order.

   Accordingly, IT IS HEREBY RECOMMENDED that the following claims be dismissed: 1) defendants McBride and Kelly used excessive force; and 2) defendant Clark failed to give plaintiff his medication on December 23, 2008; and 3) all claims against defendant LaJeuenesse.

   These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 30, 2014

kim2154.57

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2