UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIMBRO, | No. 2: 12-cv-2154 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| MIRANDA, et al., | |
| Defendants. | |

On May 23, 2013, the court issued a scheduling order setting the discovery deadline for September 6, 2013 and the dispositive motion deadline for December 2, 2013.  (ECF No. 31.)

After resolution of several motions to dismiss, defendants Clark, Hougland, Kelly, Leone, McBride Miranda and Morris filed an answer on February 20, 2014.  (ECF No. 70).

Although neither party moved to vacate the scheduling order, the parties are directed to file status reports addressing whether additional time is required to conduct discovery and whether they intend to file dispositive motions.  In the status reports, the parties shall detail any proposed discovery.  Following review of the status report, the court will issue an amended scheduling order if appropriate.

////

////

////

1

1   Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this
2   order, the parties shall file the status reports discussed above.
3   Dated: February 28, 2014

5   Kim2154.set

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE