UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIMBRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIRANDA, et al.,<br><br>　　　　　Defendants. | No.  2: 12-cv-2154 MCE KJN P<br><br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 30, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 75.)  Defendants have filed a reply to plaintiff's objections.  (ECF No. 78.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed January 30, 2014, are adopted in full; and

3    2.  The following claims are dismissed: 1) defendants McBride and Kelly used excessive force;  2) defendant Clark failed to give plaintiff his medication on December 23, 2008; and 3) all claims against defendant LaJeuenesse.

Dated:  April 15, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT