UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIMBRO, | No. 2: 12-cv-2154 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| MIRANDA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2014, plaintiff filed a letter requesting that the court schedule a jury trial. (ECF No. 76.) The court construes this letter as a motion for the court to schedule a jury trial.

On April 1, 2014, the court issued a scheduling order. (ECF No. 77.) In this order, the court set the deadline for the filing of dispositive motions. The court also ordered that following resolution of any dispositive motions, or the expiration of time for filing such motions, a trial date would be set, as appropriate. Because the April 1, 2014 order clarifies when a trial date will be set, plaintiff's March 27, 2014 motion for the court to schedule a jury trial is denied as unnecessary.

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion requesting that the court
2 schedule a jury trial (ECF No. 76) is denied.
3 Dated:  April 28, 2014

5 Kim2154.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE