UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIMBRO,<br><br>    Plaintiff,<br><br>    v.<br><br>MIRANDA, et al.,<br><br>    Defendants. | No.  2:12-cv-2154 MCE KJN P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  This action is set for jury trial before the Honorable Morrison C. England on February 8, 2016.

      In the pretrial order, filed July 29, 2015, the undersigned directed the parties to inform the court whether they believed a settlement conference would be helpful.  (ECF No. 108.)  On August 14, 2015, both parties filed pleadings in response to the July 29, 2015 order.  (ECF Nos. 113, 114.)  After reviewing these pleadings, the undersigned finds that a settlement conference would be potentially worthwhile.

////

////

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this
2 order, the parties shall inform the court whether they would be willing to have the undersigned
3 conduct the settlement conference or prefer appointment of a different magistrate judge to
4 conduct the settlement conference.

5 Dated: August 19, 2015

7 KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

10 Kim2154.set(1)