UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIMBRO, | No. 2:12-cv-2154 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| MIRNADA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 14, 2015, plaintiff filed his third request for the appointment of counsel.  Plaintiff's previous requests were filed on May 24, 2013, and June 2, 2015.  All requests were denied.  In light of those orders and for the reasons set forth therein, IT IS HEREBY ORDERED that plaintiff's August 14, 2015 request for appointment of counsel (ECF No. 110) is denied.

Dated:  August 20, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

kimb2154.31thr

1