UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIMBRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIRANDA, et al.,<br><br>　　　　　Defendants. | No. 2: 12-cv-2154 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  This action is set for jury trial before the Honorable Morrison C. England on February 8, 2016.

In the pretrial order, the undersigned directed the parties to file briefing regarding whether they believed a settlement conference would be helpful.  After reviewing all of the briefing filed by the parties regarding this matter, the undersigned has determined that a settlement conference would not be helpful.

Accordingly, IT IS HEREBY ORDERED that a settlement conference will be not scheduled in this action.

Dated:  September 17, 2015

kim2154.den

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1