RIVERA & ASSOCIATES

2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884
Jill B. Nathan, CSN 186136
Jamil Ghannam, CSN 300730

Attorneys for Defendant
R. Miranda

# IN THE UNITED STATESDISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIMBRO, | CASE NO: 2:12-cv-02154 MCE KJN P |
| Plaintiff, | **DEFENDANT MIRANDA'S SUBSTITUTION OF COUNSEL; ORDER** |
| vs. | [E.D. Local Rule 182(g)] |
| MIRANDA, et al., | |
| Defendants | |

BY OUR SIGNATURES BELOW, it is mutually agreed that SHANAN L. HEWITT of the Law Offices of Rivera & Associates, is substituted in on Case Number 2:12-cv-02154 MCE KJN P, and, Janet Nah Chen, Deputy Attorney General, is substituted out of said case, as attorney of record for Defendant R. Miranda.

I hereby consent to said substitution.

DATED: 10/6/15                                     /s/ R.Miranda, PAC (original signature retained by attorney)

                                                              R. MIRANDA

| | |
|---|---|
| I hereby agree to said substitution. | RIVERA & ASSOCIATES |
| DATED: <u>10/6/15</u> | <u>/s/ Shanan L. Hewitt</u> |
| | SHANAN L. HEWITT |
| I hereby consent to said substitution. | Office of the Attorney General |
| DATED: <u>10/6/15</u> | <u>/s/ Janet Nah Chen</u> |
| | JANET NAH CHEN |

## **ORDER**

IT IS SO ORDERED.

Dated:  October 16, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Kim2154.sub