UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIMBRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIRANDA, et al.,<br><br>　　　　　Defendants. | No.  2: 12-cv-2154 MCE KJN P<br><br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  This action is set for jury trial on May 24, 2016.

　　　　The pretrial order granted plaintiff thirty days to file a supplemental pretrial statement listing his witnesses.  ECF No. 108.  In his supplemental pretrial statement, plaintiff identified three witnesses:  Dr. Miranda. Nurse White and Licensed Clinical Social Worker Boretz.  (ECF No. 112.)  In the supplemental pretrial statement, plaintiff states that he is without funds and cannot afford to pay the witness fees for these witnesses.  Id.

　　　　Plaintiff is proceeding in forma pauperis.  However, the in forma pauperis status does not provide for the payment of witness fees or travel expenses.  28 U.S.C. § 1915; Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993); Tedder v. Odel, 890 F.2d 210, 211–12 (9th Cir. 1989).  Therefore, plaintiff's request to call the witnesses listed above is denied.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request to call witnesses is DENIED.

IT IS SO ORDERED.

Dated:  March 30, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT