UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIMBRO, | No. 2: 12-cv-2154 MCE KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| MIRANDA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, who brought this civil rights action pursuant to 42 U.S.C. § 1983.  This action is set for jury trial before the undersigned on May 24, 2016.

Pending before the court is Defendants' request to allow the custodians of records for plaintiff's central and medical files to authenticate documents through their declarations.  (ECF No. 166.)

In his pretrial statement, Plaintiff lists several exhibits from his medical and central files.  (ECF Nos. 106.)  Plaintiff has not indicated how he intends to authenticate his exhibits.

Within fourteen (14) days of the date this order is electronically filed, Defendants shall inform the court whether the parties will to stipulate to the authenticity of both Plaintiff's and Defendants' exhibits from plaintiff's central and medical files.  If the parties

are unable to enter this stipulation, Defendants shall inform the court whether the declarations by the custodians of records may also be used to authenticate plaintiff's exhibits from his central and medical files.

Accordingly, IT IS HEREBY ORDERED that Defendants shall file the briefing described above within fourteen days of the date of the electronic filing of this order.

IT IS SO ORDERED.

Dated: April 12, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT