UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIMBRO, | No. 2:12-cv-2154 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| MIRANDA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 2254. On June 26, 2018, this action was reversed in part and remanded by the Ninth Circuit Court of Appeals. (ECF No. 199.)

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, the parties shall inform the court whether they wish to participate in a settlement conference as to those issues remanded by the Ninth Circuit; if the parties wish to participate in a settlement conference, they shall also inform the court whether they waive disqualification of the undersigned to hold the settlement conference, or whether they choose to have the settlement conference conducted by a different judge.

Dated: July 5, 2018

Kim2154.ord(2)

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE