UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIMBRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIRANDA, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-2154 MCE KJN P<br><br>ORDER APPOINTING LIMITED<br>PURPOSE COUNSEL FOR SETTLEMENT |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On July 16, 2018, plaintiff filed a Motion to Appoint Counsel. (ECF No. 202.) The court finds that the appointment of counsel for plaintiff is warranted for the limited purpose of assisting plaintiff prepare for and participate in a settlement conference and will therefore partially grant plaintiff's motion. Carter C. White and the King Hall Civil Rights Clinic have been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Appoint Counsel (ECF No. 202) is partially granted and Carter C. White and the King Hall Civil Rights Clinic are appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

1

2. Carter C. White and the King Hall Civil Rights Clinic's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference. Prior to the termination of the appointment, the court will accord counsel the option of proceeding as plaintiff's appointed counsel. If counsel does not wish to continue representation of plaintiff after they have carried out this limited purpose appointment, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Carter C. White, King Hall Civil Rights Clinic, UCD Clinical Program Building TB 30, 1 Shields Ave., Davis, CA 95616.

Dated: August 6, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Kimb2154.31.kc